DAWN BITTLESTON, State Bar No. 198875
DANIEL LORENZEN, State Bar No. 227957
KLEIN, DENATALE, GOLDNER,
  COOPER, ROSENLIEB & KIMBALL, LLP
4550 California Avenue, Second Floor
Bakersfield, California 93309
Telephone: (661) 395-1000
Facsimile: (661) 326-0418

Attorneys for Respondent, Tomas Rios

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| UNITED STATES OF AMERICA, | Case No.  CIV-F-05-295/REC/DLB |
|---|---|
| Petitioner, | |
| v. | [PROPOSED] ORDER GRANTING EXTENSION OF TIME TO RESPOND TO PETITIONER'S PETITION AND TO CONTINUE THE HEARING ON THE ORDER TO SHOW CAUSE |
| TOMAS RIOS, | |
| Respondent. | |

Respondent, TOMAS RIOS, has requested additional time to file a Response to the Petition to Enforce Internal Revenue Service Summonses in the above-captioned matter.  The request is made because Respondent is unable to timely obtain information surrounding the allegations made in the Petition and Respondent is out of the county until May 13, 2005.

IT IS HEREBY ORDERED based upon the reasons set forth in Respondent's Request for Extension of Time to Respond and to Continue Hearing and supporting declaration that Respondent shall respond to the Petition to Enforce Internal Revenue Service Summonses by May 20, 2005 and the hearing on the Order to Show Cause re Tax Summons Enforcement shall be set for May 27, 2005, at 9:00 a.m. in Department 5 of the above-referenced Court.

Date:   April 28, 2005

By:   /s/  Dennis  L.  Beck
United States District Court Magistrate Judge