

1  McGREGOR W. SCOTT
   United States Attorney
2  YOSHINORI H. T. HIMEL #66194
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2760



MAY 2 7 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
              DEPUTY CLERK

5  Attorneys for Petitioner

8           IN THE UNITED STATES DISTRICT COURT FOR THE

9                   EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIV-F-05-295-REC/DLB |
| Petitioner, | **STIPULATION AND ORDERS RE: MAGISTRATE JUDGE JURISDICTION, AND TAX SUMMONS ENFORCEMENT** |
| v. | |
| TOMAS RIOS, | Taxpayers: Aligned Enterprises Trust and San Joaquin Wellness |
| Respondent. | |

The parties, through their undersigned counsel of record, hereby stipulate, subject to the approval of the District Judge and the Magistrate Judge, as follows:

1. In accordance with the provisions of Title 28 U.S.C. Section 636(c), Petitioner UNITED STATES OF AMERICA consents to have a United States Magistrate Judge conduct any and all further proceedings in this case, including trial and the entry of final judgment.

2. In accordance with the provisions of Title 28 U.S.C. Section 636(c), Respondent TOMAS RIOS consents to have a United States Magistrate Judge conduct any and all further proceedings in this case, including trial and the entry of final judgment.

3. The IRS summons in suit shall be ENFORCED.

4. Respondent, TOMAS RIOS, shall appear at 5300 California Avenue, Suite 100, Bakersfield, California, before Revenue Agent Fred Chynoweth, or his designated representative, on May 27, 2005, at 9:00 a.m., then and there to be sworn, to give testimony,

and to produce for examining and copying the books, checks, records, papers and other data demanded by the summons and currently in respondent RIOS' possession, care and custody, if any, the examination to continue from day to day until completed.

Dated: May 24, 2005                     McGREGOR W. SCOTT
                                        United States Attorney

                                  By:   /s/ Y H T Himel
                                        YOSHINORI H. T. HIMEL
                                        Assistant U. S. Attorney

Dated: May 24, 2005                     KLEIN, DeNATALE, GOLDNER,
                                        COOPER, ROSENLIEB &
                                        KIMBALL, LLP

                                  By:   /s/ Dawn Bittleston
                                        DAWN BITTLESTON

## ORDER OF REFERENCE TO MAGISTRATE JUDGE

Each of the parties in the above-captioned case has filed a consent to proceed before a United States Magistrate Judge. See 28 U.S.C. § 636(c). According to E.D. Cal. LR 73-305, both the district judge assigned to the case and the magistrate judge must approve the reference to the magistrate judge.

The undersigned has reviewed the file herein and orders that, subject to acceptance of the magistrate judge as provided below, the above-captioned case be reassigned and referred to the magistrate judge for all further proceedings and entry of final judgment.

IT IS HEREBY ORDERED that the Clerk of the Court reassign this case to The Honorable DENNIS L. BECK. The parties shall please take note that all documents hereafter filed with the Clerk of the Court shall bear case No. CIV-F-05-295-DLB.

DATED: May 26, 2005                     ROBERT E. COYLE
                                        UNITED STATES DISTRICT JUDGE

## ORDER ACCEPTING REFERENCE

Having also reviewed the file, I accept reference of this case for all further proceedings and entry of final judgment.

DATED: 5/26/2005

_____
DENNIS L. BECK
UNITED STATES MAGISTRATE JUDGE

## ORDER APPROVING STIPULATION AND ENFORCING IRS SUMMONS

1. The stipulation is APPROVED.

2. The hearing set for May 27, 2005, at 9:00 a.m. before Judge Beck is VACATED.

3. The two IRS summonses in suit are ENFORCED.

4. Respondent, TOMAS RIOS, shall appear at 5300 California Avenue, Suite 100, Bakersfield, California, before Revenue Agent Fred Chynoweth, or his designated representative, on May 27, 2005, at 9:00 a.m., then and there to be sworn, to give testimony, and to produce for examining and copying the books, checks, records, papers and other data demanded by the summons and currently in respondent RIOS' possession, care and custody, if any, the examination to continue from day to day until completed.

It is SO ORDERED.

DATED: 5/26/, 2005

_____
DENNIS L. BECK
UNITED STATES MAGISTRATE JUDGE