1   McGREGOR W. SCOTT
    United States Attorney
2   YOSHINORI H. T. HIMEL #66194
    Assistant U. S. Attorney
3   501 I Street, Suite 10-100
    Sacramento, California 95814
4   Telephone: (916) 554-2760

5   Attorneys for Petitioner,
    UNITED STATES OF AMERICA

6

7

8                  IN THE UNITED STATES DISTRICT COURT FOR THE

9                       EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,                    1: 05 CV 00295-DLB

12              Petitioner,                       **ORDER CLOSING FILE**

13       v.

14  TOMAS RIOS,

15              Respondent.

16

17

18       Petitioner, the United States of America, has informed the court that it does not intend

19  to initiate further proceedings in this case.  Based thereon, the court finds that the file should

20  be closed.  Accordingly, the file is ordered CLOSED.

21       It is SO ORDERED.

22

23

    DATED: August 17, 2006              /s/ Dennis L. Beck
24                                      UNITED STATES MAGISTRATE JUDGE

25

26

27

28

                                        1